AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

Rudolph Luscher, et al.

v.

CASE NUMBER: 1:05-CV-1987 (RCL)

United States

TO: (Name & Address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolph Luscher
Glenda Luscher
P. O. Box 56480
Portland, OR 97238
360-887-8200

an answer to the: [✓] COMPLAINT    [ ] AMENDED COMPLAINT
which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____     Date: __November 7, 2005__
         Deputy Clerk

**RECEIVED**

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO-440 (Revised-DC 1/00) Summons in a Civil Action (Return of Service)

Rudolph Luscher, et al.

VS.                                              Case No.  1:05-CV-1987 (RCL)

United States

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me¹ || DATE: Nov. 28, 2005 |
| NAME OF SERVER (print)  Rudolph Luscher || TITLE |
| Check one box below to indicate appropriate method of service |||
| ☐ | Served personally upon the defendant. Place where served: _____ ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: _____ ||
| ☐ | Returned unexecuted: _____ ||
| ☒ | Other (specify): Certified Mail #7002 2410 0001 2291 9628 ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $7.90 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JAN. 18, 2006
              Date

Signature of Server: *Rudolph Luscher*

Address of Server: P.O. Box 56480 Portland, OR 97238

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _[signature]_  ☐ Agent  ☐ Addressee<br>X   NOV 2 8 2005<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>U.S. Attorney<br>Dist. of Columbia<br>555 4th St. NW<br>Washington, District of<br>Columbia  20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0001 2291 9628 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rudolph Luscher
P.O. Box 56480
Portland, OR. 97238