## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & GLENDA LUSCHER, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 30, 2006.

                 Respectfully submitted,

                 /s/ Jennifer L. Vozne
                 JENNIFER L. VOZNE
                 Trial Attorney, Tax Division
                 U.S. Department of Justice
                 P.O. Box 227
                 Ben Franklin Station
                 Washington, DC 20044
                 Phone/Fax: (202) 307-6555/514-6866
                 Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

-122212162.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following persons on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

-122212162.1