IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JENNIFER L. VOZNE**

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3. According to the Internal Revenue Service's records, as of November 18, 2005, the male plaintiff has a balance due of $3,555,694.08 for his federal individual income tax liabilities for tax years 1996 through 1998. A true and correct copy of an Internal Revenue Service transcript, dated December 15, 2005, is attached as exhibit 1.

4. According to the Internal Revenue Service's records, as of November 18, 2005, the female plaintiff has a balance due of $1,544,850.04 for her federal individual income tax liabilities for tax years 1996 through 1998. A true and correct copy of an Internal Revenue transcript, dated December 15, 2005, is attached as exhibit 2.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 30, 2006.

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney
Washington, DC