## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & GLENDA LUSCHER, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

### **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 200_____.

_____
UNITED STATES DISTRICT JUDGE

1522353.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rudolph Luscher
Glenda Luscher
P.O. Box 56480
Portland, OR 97238