# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & GLENDA LUSCHER, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following persons on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>    /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1522280.1