```
Station Name: DLS0149001 Date: 12/15/2005 Time: 12:16:35 PM

IMFOL[REDACTED]-2879                 IMF INDEX          NM CTRL:LUSC
                                                                    UP-CYC:50
RUDOLPH LUSCHER JR
ENTITY MF ACTIVE:47  FREEZE CODES:    -W   AUDIT HISTORY: YES VESTIGIAL:  NO
TOTAL ASSESSED BAL:     3,209,018.11  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
              MF                       INTEREST    FREEZE   POSTED        STAT
 MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE COMP DTE   CODES   RETURN   ADJ  HIS
 30 199412  1  47  NO              .00   20051205    -W     NONE     NO   06
 30 199512  1  24  NO              .00   20040531    -W     NONE     NO   00
 30 199612  3  47  YES      517,333.95   20051205 T  -W     SUBST4   YES  26
 30 199712  3  47  YES      977,079.44   20051205 T  -W     SUBST4   YES  26
 30 199812  3  47  YES    2,061,280.69   20051205 T  -W     SUBST4   YES  26
 30 199912  3  47  YES             .00   20051205    -W     NONE     NO   00
 30 200012  3  47  YES             .00   20051205    -W     NONE     NO   00
 30 200112  3  47  YES             .00   20051205    -W     NONE     NO   00
 30 200212  3  47  YES             .00   20051205    -RW    SUBST4   NO   06
 30 200312  3  47  YES             .00   20051205    -LW    NONE     NO   00
 30 200412  3  47  YES             .00   20051205    -W     NONE     NO   00


        PAGE 001 OF 001           IMFPG 001
```

EXHIBIT