```
Station Name: DLS0149001 Date: 12/15/2005 Time: 12:22:17 PM

IMFOLI    -6788                IMF INDEX        NM CTRL:LUSC
                                                              UP-CYC:50
GLENDA D LUSCHER
ENTITY MF ACTIVE:46  FREEZE CODES:    -W    AUDIT HISTORY: YES VESTIGIAL:  NO
TOTAL ASSESSED BAL:     1,340,987.28  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
              MF                       INTEREST        FREEZE   POSTED        STAT
  MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE  COMP DTE    CODES   RETURN   ADJ  HIS
  30 199412  3   24  NO            .00    20040607      -W     NONE     NO    00
  30 199512  3   24  NO            .00    20040607      -W     NONE     NO    00
  30 199612  3   46  YES    203,067.86    20051128  T   -W     POSTED   YES   26
  30 199712  3   46  YES    428,634.42    20051128  GT  -W     SUBST4   YES   26
  30 199812  3   46  YES    913,147.76    20051128  T   -W     POSTED   YES   26
  30 199912  3   46  YES            .00    20051128      -W     NONE     NO    00
  30 200012  3   46  YES            .00    20051128      -W     NONE     NO    00
  30 200112  3   46  YES            .00    20051128      -W     NONE     NO    00
  30 200212  3   46  YES            .00    20051128      -W     NONE     NO    00
  30 200312  3   46  YES            .00    20051128      -W     NONE     NO    00
  30 200412  3   46  YES            .00    20051128      -W     NONE     NO    00


         PAGE 001 OF 001           IMFPG 001
```



EXHIBIT 2