Rudolph Luscher
Glenda Luscher,
P. O. Box 56480
Portland, OR 97238

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Rudolph Luscher
Glenda Luscher,

                    Plaintiff(s),

v.

United States

                    Defendant.

Case No. 1:05-cv-01987 (RCL)

### RESPONSE TO UNITED STATES' NOTICE OF RELATED CASES

Plaintiff(s) responds to the United States' Notice of Related Cases.

Plaintiff(s) have no idea what the defendant wishes either the plaintiff(s) or the court to do with defendants' Notice of related cases. Said pleading does not ask for a response from the plaintiff(s) nor does it request a response from the court, nor does it present any cognizable issue that is relevant to any matter raised in plaintiff('s)(s') complaint.

The record shows that plaintiff(s) have no related cases in this Court or any other United States court. Plaintiff(s) have/has no knowledge of the cases listed in defendant's Notice of Related Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who

---

Rudolph Luscher, 1:05-cv-01987 (RCL)       Page 1 of 2 pages      Plaintiff(s)' Opposition/Objection to Notice of
                                                                                                                                                                         Related Cases

**RECEIVED**

FEB 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

plaintiff(s) are in the listed cases. To the extent that the listed cases allege facts similar to the facts alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of unlawful activity on the part of the IRS.

Wherefore, plaintiff(s) request(s) the court to regard defendants' notice as an admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering, by the IRS, and take judicial notice that the aforementioned Notice of Related Cases is evidence that others are also complaining that the IRS is engaging in similar pattern of unlawful activity.

Dated 2-14, 2006

Rudolph Luscher

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated 2-14-, 2006

Rudolph Luscher