IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### UNITED STATES' OPPOSITION TO MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE

The United States opposes plaintiffs' motion for sanctions under Fed. R. Civ. P. 11 and bar referral.1/ Plaintiffs' motion should be denied, because plaintiffs failed to comply with the procedural requisites to bringing such a motion as required by Fed. R. Civ. P. 11. and plaintiffs' allegations are meritless.

Under Fed. R. Civ. P. 11(c), plaintiffs are required to serve a copy of a motion for sanctions upon the United States, prior to filing with the Clerk of the Court. Fed. R. Civ. P. 11(c)(1)(A). They may only file the motion after waiting 21 days to permit the United States time to consider the motion and take appropriate action, if deemed necessary. See Fed. R. Civ. P. 11(c)(1)(A).

---

1/ There are substantially identical motions for sanctions and bar referrals filed in several of the related cases.

Plaintiffs do not allege, nor can they demonstrate, that they have complied with this requirement.

More importantly, plaintiffs' motion lacks even an iota of merit. The United States' motion to dismiss is based upon statutory authority and well-developed case law as evidenced in the supporting memorandum filed with the motion to dismiss. Since the United States' motion to dismiss is well-founded in law, there is certainly no basis for requesting sanctions or a bar referral.

For the foregoing reasons, the United States respectfully requests that plaintiffs' motion for sanctions and bar referral be denied and stricken from the record.

DATED: February 23, 2006.

                                         Respectfully submitted,

                                         /s/ Jennifer L. Vozne
                                         JENNIFER L. VOZNE
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P. O. Box 227, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Phone/Fax: (202) 307-6555/514-6866
                                         Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1556063.1