# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE

Having considered plaintiff's motion for sanctions under Fed. R. Civ. P. 11(b) and for referral to the bar disciplinary committee and the United States' opposition, any reply thereto, and the entire record of this case, it is by the Court

ORDERED that the motion is DENIED;

ORDERED that the motion is STRICKEN from the record; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

1556605.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rudolph Luscher
Glenda Luscher
P.O. Box 56480
Portland, OR 97238