**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUDOLPH LUSCHER & | ) |
| GLENDA LUSCHER, | ) |
| | ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE, and proposed ORDER were served upon the following persons on February 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>  /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1556598.1