IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS**

The United States submits this reply to address the two primary assertions made by plaintiffs in their opposition to the United States' motion to dismiss.1/

First, plaintiffs assert that they are only required to exhaust administrative remedies with respect to "award of judgment - not jurisdiction." (Pl. Obj. To Mot. To Dismiss ¶¶4-10.) It is unclear what plaintiffs mean by this statement. As discussed in the United States' memorandum in support of its motion to dismiss,

---

1/ Plaintiffs also submitted a document styled as "Objection to Admission of Defendant's Computer 'Evidence'." This was docketed as an attachment to their opposition to the motion to dismiss. Presumably plaintiffs assert that the transcripts attached to the declaration of Jennifer L. Vozne are inaccurate and unreliable. While the United States disagrees with these assertions, the Court need not address them. The transcripts were submitted as additional evidence that plaintiffs failed to pay their federal tax liabilities as is required for a refund suit. Since plaintiffs went to great lengths to clarify that they are not seeking a refund, the Court need not decide whether plaintiffs have outstanding federal tax liabilities.

this is clearly incorrect. Sections 7422 and 7433 of Title 26 require exhaustion of administrative remedies prior to filing a suit for a refund of taxes or for damages because of allegedly wrongful collection actions. See 26 U.S.C. §§ 7422 & 7433; see also 26 C.F.R. §§ 301.6402-2 & 301.7433-1(e).

Second, plaintiffs assert that the United States attached a copy of an obsolete regulation - 26 C.F.R. § 301.7433-1. (Pl. Obj. to Mot. To Dismiss ¶¶ 11-18.) This is incorrect. Counsel never referred to 26 C.F.R. § 301.7433-1, let alone refer to an outdated version or attach a copy to the United States' motion to dismiss.

For the reasons asserted in the United States' motion to dismiss and supporting memorandum, as well as for the reasons stated above, plaintiffs' complaint should be dismissed.

DATED: February 23, 2006.

    Respectfully submitted,

    /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P. O. Box 227, Ben Franklin Station
    Washington, D.C. 20044
    Phone/Fax: (202) 307-6555/514-6866
    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

# **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS was served upon the following persons on February 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>  /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1556826.1