# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & GLENDA LUSCHER, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

## UNITED STATES' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO AMEND COMPLAINT

The United States opposes plaintiffs' motion to amend their complaint, because the proposed amended complaint is insufficient to establish that plaintiffs exhausted their administrative remedies as required by 26 U.S.C. § 7433. Thus, the Court lacks subject matter jurisdiction over the proposed amended complaint as well as the complaint.

Plaintiffs never allege that they filed an administrative claim as required by 26 U.S.C. § 7433(d). To the contrary, plaintiffs argue, as they did in their complaint, that they do not need to exhaust their administrative remedies. (Pl. Proposed Am. Compl. Count 1.) The Secretary of the Treasury promulgated regulations governing the administrative claim for damages under section 7433. See 26 C.F.R. § 301.7433-1(e). The regulations provide that

> *An administrative claim for the lesser of $1,000,000 ($100,000 in the case of negligence) or actual, direct economic damages, as defined in paragraph (b) of this section [7433] shall be sent in writing to the Area Director, Attn: Compliance Technical Support Manager of the area in which the taxpayer currently resides.*

26 C.F.R. § 301.7433-1(e)(1) (emphasis added). The taxpayer must send a written administrative claim for damages to the area director in the district in which the taxpayer lives and include the following: (1) the grounds for the claim; (2) a description of the injuries incurred by the taxpayer; (3) the dollar amount of the claim, including any damages not yet incurred but that are reasonably foreseeable; and (4) the signature of the taxpayer. 26 C.F.R. § 301.7433-1(e)(1) and (2). Failure to comply with this regulation deprives a court of jurisdiction. See McGuirl v. United States, 360 F.Supp.2d 125, 128 (D.D.C. 2004); Venen v. United States, 38 F.3d 100, 103 (3d Cir. 1994); Conforte v. United States, 979 F.2d 1375 (9th Cir. 1992).

//

//

//

//

//

For the foregoing reasons, plaintiffs' request for leave to file an amended complaint should be denied.

DATED: February 23, 2006.

                                      Respectfully submitted,

                                      /s/ Jennifer L. Vozne
                                      JENNIFER L. VOZNE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P. O. Box 227, Ben Franklin Station
                                      Washington, D.C.  20044
                                      Phone/Fax:  (202) 307-6555/514-6866
                                      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

# CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO AMEND COMPLAINT and proposed ORDER were served upon the following persons on February 23, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>  /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1556915.1