## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & GLENDA LUSCHER, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01987 (RCL) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

## ORDER DENYING PLAINTIFFS' REQUEST
## FOR LEAVE TO AMEND COMPLAINT

Having considered plaintiffs' request for leave to amend complaint, the United States' opposition, any reply thereto, and the entire record of this case, it is by the Court

ORDERED that plaintiffs' request for leave to amend is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 200_____.

_____
UNITED STATES DISTRICT JUDGE

1557023.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Rudolph Luscher
Glenda Luscher
P.O. Box 56480
Portland, OR 97238

- 2 -

1557023.1