UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUDOLPH LUSCHER AND GLENDA LUSCHER,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>Defendant. ) | Civil Action No. 05-1987 (RCL) |

### ORDER

Upon consideration of the various pending motions in this case, the Court hereby enters the following Order:

1. Defendant's Motion [5] to Dismiss the original Complaint herein is DENIED as moot, since Plaintiffs have now lodged with the Clerk an Amended Complaint.

2. Plaintiffs' Motion [10] for Rule 11 Sanctions and for Referral to the Bar Disciplinary Committee is DENIED. Plaintiffs failed to comply with the safe harbor provision of Rule 11, and in any event, Defendant and its counsel have not engaged in any misconduct.

3. Plaintiffs' Motion [11] for Leave to Amend Complaint is GRANTED, and the Amended Complaint lodged with the Clerk on February 16, 2006, shall be deemed filed.

4. Plaintiffs' Motion [18] for Leave to Supplement Response to Motion to Dismiss is DENIED as moot.

5. Defendant moved on July 25, 2006, to dismiss the Amended Complaint. Plaintiffs are representing themselves, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se plaintiff

of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

In accordance, this Court wishes to advise Plaintiffs that they must respond to Defendants' previously filed motion within fourteen days of the date of this Order. If Plaintiffs do not respond, the Court will treat the motions as conceded and dismiss the Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 31, 2006.