IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### UNITED STATES' PRAECIPE

On August 31, 2006, the Court issued an order advising plaintiffs that they had up to and including September 14, 2006 to file an opposition to the United States' motion to dismiss plaintiffs' amended complaint. The Court indicated that it would treat the motion as conceded and dismiss the action if plaintiffs did not respond. As of today's date, according to PACER, plaintiffs have not filed an opposition to the motion to dismiss the amended complaint. The United States respectfully requests that the Clerk present the case to the Court for dismissal.

DATE: October 12, 2006.          Respectfully submitted,

                                          /s/ Jennifer L. Vozne
                                          JENNIFER L. VOZNE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC  20044
                                          Phone/Fax:  (202) 307-6555/514-6866
                                          Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

  IT IS CERTIFIED that the foregoing UNITED STATES' PRAECIPE was caused to be served upon plaintiffs *pro se* on the 12th day of October, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    RUDOLPH LUSCHER
    GLENDA LUSCHER
    Plaintiffs *pro se*
    P.O. Box 56480
    Portland, OR 97238

          /s/ Jennifer L. Vozne
          JENNIFER L. VOZNE