UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUDOLPH LUSCHER AND GLENDA LUSCHER,** ) ) ) ) **Plaintiffs,** ) ) v. ) ) **UNITED STATES,** ) ) **Defendant.** ) ) | Civil Action No. 05-1987 (RCL) |

## ORDER

Having considered the United States' Motion to Dismiss Amended Complaint, the supporting memorandum of points and authorities, the lack of opposition thereto, the failure of plaintiffs to comply with the Court's August 31, 2006, Order, and the entire record of this proceeding, it is hereby

ORDERED that the unopposed Motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 21, 2006.