IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDOLPH LUSCHER & <br> GLENDA LUSCHER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01987 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as trial counsel for the United States in the above-captioned proceeding.

DATED: January 17, 2007

                                      Respectfully submitted,

                                      /s/ Beatriz T. Saiz
                                      BEATRIZ T. SAIZ
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 227
                                      Ben Franklin Station
                                      Washington, DC 20044
                                      Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY L. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following persons on January 17, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rudolph Luscher
>Glenda Luscher
>P.O. Box 56480
>Portland, OR 97238

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ